# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORUTSARARMUIT NATIVE COUNCIL, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, <br><br> Defendants, <br><br> and <br><br> DONLIN GOLD, LLC, *et al.* <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00071-SLG |

### ORDER RE STATE OF ALASKA'S MOTION TO INTERVENE

Before the Court at Docket 28 is the *State of Alaska's Motion to Intervene* in the instant dispute as a matter of right, pursuant to Federal Rule of Civil Procedure 24(a)(2). Federal Defendants responded at Docket 32 that they do not oppose permissive intervention and take no position on the State's request to intervene as of right. Intervenor-Defendants do not oppose the motion. Plaintiffs responded with a qualified non-opposition at Docket 33 to which no reply was filed.

Upon due consideration, the State of Alaska's ("State") motion is hereby GRANTED as follows: IT IS ORDERED that the State is hereby admitted into this litigation as an Intervenor-Defendant with full rights of participation. However, the

Court agrees with Plaintiffs that its proposed answer is deficient insofar as it contains a number of paragraphs that assert that a document "speaks for itself" as to allegations that do not describe documents.[1] See Rule 8(b)(1)(B), Federal Rules of Civil Procedure. Compliance with this rule should help inform the Court and the parties of the State's position and potentially narrow the issues in this case. Therefore, within seven days of the date of this order, the State shall file an answer that rectifies the deficiencies identified in this order.

DATED this 14th day of July 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] See Docket 33 at 3 (identifying paragraphs 3, 4, 28, 33, 34, 36, 37, 38, 39, 40, 41, 42, 48, 50, 53, 54, and 73 as deficient).

Case No. 3:23-cv-00071-SLG, *Orutsararmiut Native Council, et al. v. U.S. Army Corps of Engineers, et al.*
Order re
Page 2 of 2
Case 3:23-cv-00071-SLG   Document 38   Filed 07/14/23   Page 2 of 2