Maile Tavepholjalern
Hannah Payne Foster
Ian S. Dooley
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: mtave@earthjustice.org
E: hpayne@earthjustice.org
E: idooley@earthjustice.org

*Attorneys for Plaintiffs Orutsararmiut Native Council, Tuluksak Native Community, Organized Village of Kwethluk, Native Village of Eek, Native Village of Kwigillingok, and Chevak Native Village.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORUTSARARMIUT NATIVE COUNCIL *et al.*, | ) |
| | ) Case No. 3:23-cv-00071-SLG |
| *Plaintiffs*, | ) |
| v. | ) |
| UNITED STATES ARMY CORPS OF ENGINEERS *et al.*, | ) |
| *Defendants* | ) |
| and | ) |
| DONLIN GOLD LLC, CALISTA CORPORATION, and STATE OF ALASKA, | ) |
| *Intervenor-Defendants*. | ) |

**UNOPPOSED MOTION TO REESTABLISH BRIEFING SCHEDULE**

Plaintiffs respectfully request the Court reestablish a briefing schedule regarding remedy. The Court's prior order, Doc. 111, appears to have lifted the stay on remedy briefing, Doc. 106. The prior briefing deadlines, however, have passed. Doc. 102. Plaintiffs have conferred with the other parties and propose the following dates for supplemental briefs addressing the proper remedy in this case.

- Friday, January 31, 2025 – Each party may file a supplemental brief, not to exceed 15 pages.

- Friday, February 14, 2025 – Each party may file a response brief, not to exceed 8 pages.

No party opposes this request.

Respectfully submitted this 8th day of January, 2025.

       *s/ Maile Tavepholjalern*
       Maile Tavepholjalern (Alaska Bar. No. 1611094)
       Hannah Payne Foster (Alaska Bar No. 2105045)
       Ian S. Dooley (Alaska Bar No. 2006059)
       EARTHJUSTICE

       *Attorneys for Plaintiffs Orutsararmiut Native Council, Tuluksak Native Community, Organized Village of Kwethluk, Native Village of Eek, Native Village of Kwigillingok, and Chevak Native Village.*

# CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 96 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits of Local Civil Rule 7.4(a)(2).

Respectfully submitted this 8th day of January, 2025.

      *s/ Maile Tavepholjalern*
      Maile Tavepholjalern (Alaska Bar. No. 1611094)
      EARTHJUSTICE

# CERTIFICATE OF SERVICE

      I certify that on January 8, 2025, a copy of foregoing UNOPPOSED MOTION TO REESTABLISH BRIEFING SCHEDULE was served electronically through the CM/ECF system on counsel of record.

                        *s/ Maile Tavepholjalern*
                        Maile Tavepholjalern (Alaska Bar. No. 1611094)
                        EARTHJUSTICE