ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SARA E. COSTELLO (KS Bar No. 20898)
Senior Trial Attorney, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-305-0484 ‖ (202) 305-0506 (fax)
sara.costello2@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORUTSARARMIUT NATIVE COUNCIL, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>DONLIN GOLD, LLC, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:23-cv-00071-SLG |

## DEFENDANTS' FIRST STATUS REPORT

Defendants the United States Army Corps of Engineers (Corps), United States

Bureau of Land Management (BLM), *et al.*, submit the following status report in

*Orutsararmiut Native Council v. U.S. Army Corps of Engineers*      Case No. 3:23-cv-00071-SLG
Defs.' First Status Report                                1

accordance with the Court's Order On Remedy, Dkt. No. 140, dated June 10, 2025. The Court directed Defendants to file a status report within six months of the Court's Order and every six months thereafter until the agencies' supplemental analysis is complete. *Id*. at 12.

Since the issuance of the Court's Order, the Corps approved a statement of work for a supplemental environmental impact statement (SEIS). BLM reviewed and concurred with the statement of work. A memorandum of understanding for the SEIS's preparation was executed between the Corps and Donlin Gold, LLC. The Corps sent requests to the agencies, tribal governments, and organizations that participated in the earlier environmental review process to determine whether they wanted to serve as cooperating agencies during the SEIS's development. BLM accepted the Corps' invitation to be a cooperating agency.

In addition, Donlin Gold requested that the project be covered under the Fixing America's Surface Transportation Act ("FAST-41"), 42 U.S.C. § 4370m(6). The Federal Permitting Improvement Steering Council then added the project to the Permitting Dashboard, § 4370m-2(b). The Corps, in consultation with BLM and other agencies, is developing a coordinated project plan and action milestone estimates, as set out in § 4370m-2(c)(1)(A).

Defendants' next status report is due June 10, 2026.

*Orutsararmiut Native Council v. U.S. Army Corps of Engineers*     Case No. 3:23-cv-00071-SLG
Defs.' First Status Report     2

Case 3:23-cv-00071-SLG     Document 144     Filed 12/10/25     Page 2 of 3

DATED: December 10, 2025　　　　　　Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division


/s/ Sara E. Costello
SARA E. COSTELLO (KS Bar No. 20898)
Senior Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-305-0484 || (202) 305-0506 (fax)
sara.costello2@usdoj.gov

*Attorneys for Defendants*

*Orutsararmiut Native Council v. U.S. Army Corps of Engineers*　　　　Case No. 3:23-cv-00071-SLG
Defs.' First Status Report　　　　　　　　　3

Case 3:23-cv-00071-SLG　　　Document 144　　　Filed 12/10/25　　　Page 3 of 3