ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SARA E. COSTELLO (KS Bar No. 20898)
Senior Trial Attorney, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-305-0484 ‖ (202) 305-0506 (fax)
sara.costello2@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORUTSARARMIUT NATIVE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>Defendants,<br><br>and<br><br>DONLIN GOLD, LLC, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:23-cv-00071-SLG |

## DEFENDANTS' SUPPLEMENT TO FIRST STATUS REPORT

On December 10, 2025, Defendants the United States Army Corps of Engineers (Corps), United States Bureau of Land Management (BLM), *et al.*, submitted a status report in accordance with the Court's Order On Remedy. *See* Dkt. No. 144. The status

*Orutsararmiut Native Council v. U.S. Army Corps of Engineers*  Case No. 3:23-cv-00071-SLG
Defs.' Supplement to First Status Report
Case 3:23-cv-00071-SLG   Document 145   Filed 01/16/26   Page 1 of 2

report stated, in part, "[t]he Corps sent requests to the agencies, tribal governments, and organizations that participated in the earlier environmental review process to determine whether they wanted to serve as cooperating agencies during the SEIS's [supplemental environmental impact statement] development." *Id*. at 2. Following conversations with Plaintiffs' counsel, Defendants clarify that the agencies, tribal governments, and organizations that were cooperating agencies on the original environmental impact statement were invited to serve as cooperating agencies during the SEIS's development.

DATED: January 16, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Sara E. Costello
SARA E. COSTELLO (KS Bar No. 20898)
Senior Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-305-0484 || (202) 305-0506 (fax)
sara.costello2@usdoj.gov

*Attorneys for Defendants*

*Orutsararmiut Native Council v. U.S. Army Corps of Engineers*　　　Case No. 3:23-cv-00071-SLG
Defs.' Supplement to First Status Report
Case 3:23-cv-00071-SLG　　　Document 145　　　Filed 01/16/26　　　Page 2 of 2